## Louis H. Gieseman, Appellee, v. Illinois Terminal Railroad Company, Appellant.

### (Not to be reported in full.)

Appeal from the Circuit Court of Madison county; the Hon. LOUIS BERNREUTER, Judge, presiding. Heard in this court at the March term, 1918. Affirmed. Opinion filed July 16, 1918.

### Statement of the Case.

Action by Louis H. Gieseman, plaintiff, against Illinois Terminal Railroad Company, defendant, to recover damages for injury to plaintiff's crops by overflow due to the construction of a railroad embankment with insufficient openings over a river valley and river, after changing the channel of the river. From a judgment for plaintiff for $975, defendant appeals.

This case is governed by the decisions in the cases of *Drda, Dettmer* and *Nivins* against the same defendant, 210 Ill. App. 640, 653, and *ante*, p. 22, respectively.

H. S. BAKER, A. M. FITZGERALD and WARNOCK, WILLIAMSON & BURROUGHS, for appellant.

BURTON & BURTON, for appellee.

MR. JUSTICE HIGBEE delivered the opinion of the court.